### HUSTED v. BANK OF JEFFERSON.

No. 15731—Opinion Filed March 16, 1926.

Error from District Court, Grant County; Claude Duval, Judge.

Action by the Bank of Jefferson against D. L. Husted for recovery on a note. Judgment for plaintiff, from which defendant appeals. Affirmed.

J. B. Drennen and Sam. P. Ridings, for plaintiff in error.

Simons, McKnight & Simons, for defendant in error.

RILEY, J. There being no substantial difference in the facts and law applicable in this cause and cause No. 15728, H. J. Elling v. Bank of Jefferson, wherein an opinion is this day rendered, the syllabus and opinion therein rendered are adopted as the syllabus and opinion herein, and the judgment of the trial court is affirmed. (See 114 Okla. 147, 244 Pac. 793.)

### DAVIS v. BANK OF JEFFERSON.

No. 15730—Opinion Filed March 16, 1926.

Error from District Court, Grant County; Claude Duval, Judge.

Action by the Bank of Jefferson against E. E. Davis for recovery on a note. Judgment for plaintiff, from which defendant appeals. Affirmed.

J. B. Drennen and Sam. P. Ridings, for plaintiff in error.

Simons, McKnight & Simons, for defendant in error.

RILEY, J. It being stipulated and agreed by and between the plaintiff in error and the defendant in error that the opinion in the case of H. J. Elling v. Bank of Jefferson, No. 15728, this day decided, shall apply to and be adopted as the decision in this cause, the stipulation and agreement is approved, and the judgment of the trial court is affirmed herein (See 114 Okla. 147, 244 Pac. 793.)

### PATRICK v. SMITH.

No. 16718—Opinion Filed March 16, 1926.

Error from District Court, LeFlore County; D. C. McCurtain, Judge,

Action between R. E. Patrick and Frank Smith. From the judgment, the former brings error. Reversed and remanded.

White & Reid, for plaintiff in error.

Varner & Taylor, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded, for failure of the defendant in error to file a brief, for a new trial, according to rule 7 of this court.

### DRYDEN v. POWELL, Sheriff, et al.

No. 16583—Opinion Filed March 16, 1926.

Error from District Court, Cherokee County; J. T. Parks, Judge.

Action between C. L. Dryden and J. T. Powell, Sheriff of Cherokee County, Okla., et al. From the judgment, the former brings error. Reversed and remanded.

Bruce L. Keenan, for plaintiff in error.

W. W. Miller, Co. Atty., for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.

### BARGINDE v. KOPP.

No. 16578—Opinion Filed March 16, 1926.

Error from District Court, Tulsa County; Luther James, Judge.

Action between Sigrid Barginde and Frank C. Kopp. From the judgment, the former brings error. Reversed and remanded.

H. F. Fulling, for plaintiff in error.

Paul O. Wilson and C. R. Thurlwell, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.